KING & SPALDING

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia 30309

Tel: +1 404 572 4600
kslaw.com

Zachary A. McEntyre
Partner
zmcentyre@kslaw.com

September 17, 2026

**<u>Via ECF</u>**

Hon. Anne Y. Shields
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: *Rodriguez, Jr. v. Dealertrack Sys., Inc.*, No. 24-cv-05084-NJC-AYS; Joint Request to Reschedule September 29, 2026 Status Conference**

Dear Judge Shields:

I write jointly on behalf of Defendant Dealertrack Systems, Inc. and Plaintiff Angel Luis Rodriguez, Jr. in relation to the Court's September 14, 2025 Order setting a status conference for September 29, 2026. The Court's Order directed that counsel appear in person. Due to scheduling conflicts affecting counsel for Defendant, the parties respectfully request that the conference be adjourned to another date.

The parties have conferred and jointly propose that the status conference be rescheduled to either October 8 or October 16, 2026, if the Court is available on those dates, at a time convenient to the Court. Alternatively, if neither of those times work for the Court, the parties will gladly confer on additional dates for the Court's approval. The parties submit that rescheduling the conference will not result in prejudice or delay the progress of this matter.

We thank the Court for its consideration of this joint request.

Respectfully submitted,

<u>/s/ *Zachary A. McEntyre*</u>
Zachary A. McEntyre

*Counsel for Defendant Dealertrack Systems, Inc.*

cc: All counsel of record (via ECF)