**ZACHARY M. VAUGHAN** / *SENIOR COUNSEL*
d 215.875.4602 | zvaughan@bergermontague.com

September 23, 2026

**VIA CM/ECF**

Hon. Nusrat J. Choudhury
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: *Rodriguez, Jr. v. Dealertrack Sys., Inc.*, No. 24-cv-05084-NJC-AYS**

Dear Judge Choudhury,

On September 10, 2026, at ECF No. 61, the Court entered a sealed copy of its order resolving Dealertrack's Motion to Dismiss, along with a public, redacted version at ECF No. 62. I write today on behalf of both parties to respectfully request that an unredacted copy of the Court's sealed order (ECF No. 61) be sent to counsel of record via e-mail, at their ECF-registered addresses, listed below for reference:

For Plaintiff:
- emdrake@bergermontague.com
- zvaughan@bergermontague.com
- akiener@bergermontague.com
- jalbanese@bergermontague.com
- srios@bergermontague.com

For Dealertrack:
- zmcentyre@kslaw.com
- jtoro@kslaw.com
- pstarr@kslaw.com

Respectfully submitted,

*/s/ Zachary M. Vaughan*
Zachary M. Vaughan

cc: All Counsel of Record (via ECF)