**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**MINUTE ENTRY**

BEFORE: ANNE Y. SHIELDS
U.S. MAGISTRATE JUDGE

DATE: 10/8/26
TIME: 1:30 PM
FTR: 1:38-1:42

CASE: **CV-24-5084-NJC-AYS-**Rodriguez, Jr. v. Dealertrack Systems, Inc.

TYPE OF CONFERENCE: STATUS

APPEARANCES:

Plaintiff: **Zachary M. Vaughan**

Defendant: **Zachary A. McEntyre and Peter Starr**

**THE FOLLOWING RULINGS WERE MADE:**
Conference held.